JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DANNY ANGELO LUNA,

Petitioner

v.

J. ENGLEMAN, Warden,

Respondent.

Case No. 2:22-cv-02627-JWH (GJS)

JUDGMENT

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED:   April 25, 2022         .

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE